**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose MOLINA–GONZALEZ, also
known as Juan Martines,
Defendant–Appellant.**

**No. 07–40239.**

United States Court of Appeals,
Fifth Circuit.

July 17, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jeffrey L. Wilde, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

320

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.